# SEALED

BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 5/14/2021

CRIMINAL CAUSE FOR PLEADING WAIVER OF INFORMATION
(VIA MICROSOFT TEAMS)

**DOCKET # 21cr260 (ENV)**

| Defendant | COUNSEL |
|---|---|
| Gonzalo Guzman Manzanilla | Philip Hilder |
| | Stephanie McGuire |

AUSA: Mark Bini, Mathew Miller, Ann Brickley and Derek Etinger

Stand-by Spanish Interpreter: Mario Michelena

COURT REPORTER: Stacy Mace

Pretrial Officer: Robert Long

Courtroom Deputy: William Villanueva

X       DEFT SWORN

X       CASE CALLED FOR PLEADING

X       DEFENDANT WAIVES INDICTMENT.

X       DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 1 OF THE INFORMATION,

X       COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND
        NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY
        TO COUNT 1 OF THE INFORMATION

X       BOND CONDITIONS SET

X       CONFESSION OF JUDGMENT TO BE FILED BY 5/21/2021

X       MINUTES AND TRANSCRIPT SEALED: ACCESS ONLY TO COUNSEL FOR THE GOVERNMENT
        AND COUNSEL FOR DEFENDANT WITHOUT FURTHER ORDER FROM THE COURT

Time in Court: 60 MINUTES